USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

UNITED STATES OF AMERICA

-against-

JORDAN SHARON, and
JUAN UMPIERREZ,

Defendants.

---------------------------------------------------------------- X

26-CR-525 (VEC)

SCHEDULING ORDER

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the parties appear for an initial status conference on **Monday, November 23, 2026, at 10:30 a.m.** The conference will take place in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

**Date: November 12, 2026**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**