**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2026

November 13, 2026

**MEMO ENDORSED**

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** ***United States v. Jordan Sharon and Juan Umpierrez*, 26 Cr. 525 (VEC)**

Dear Judge Caproni:

The Government respectfully writes to request an exclusion of time under the Speedy Trial Act. On November 10, 2026, at the arraignment in this matter, Magistrate Judge Willis excluded Speedy Trial Act time through November 19, 2026 as a control date. By Order dated November 12, 2026, the Court scheduled an initial conference for November 23, 2026. The Government moves for exclusion of time under the Speedy Trial Act from November 19, 2026 through November 23, 2026 (the date of the initial conference), to permit the Government to prepare discovery and the parties to discuss a potential pretrial resolution. 18 U.S.C. § 3161(h)(7). The defendants, through counsel, consent to the exclusion of time.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: *Rita Maxwell*
Rita Maxwell
Assistant United States Attorney
(212) 637-2206

cc: Counsel of record (by ECF)

Application GRANTED. Time is excluded for the period from Thursday, November 19, 2026, through Monday, November 23, 2026, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice are served by allowing time for the Government to prepare discovery and for the parties to discuss a potential pretrial resolution for this case, and those interests outweigh the interest of the public and the Defendants in a speedy trial.

SO ORDERED.

11/13/2026

Valerie Caproni

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE