USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-against-

JORDAN SHARON, and
JUAN UMPIERREZ,

Defendants.

---

26-CR-525 (VEC)

SCHEDULING ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before the Court on Monday, November 23, 2026;

IT IS HEREBY ORDERED that the parties must appear for a status conference on **Wednesday, February 24, 2027, at 10:30 A.M.**, in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that time is excluded for the period between November 23, 2026, and February 24, 2027, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice are served by allowing time for Defendants' counsel to review the discovery in this complex case, and those interests outweigh the interest of the public and the Defendants in a speedy trial.

**SO ORDERED.**

**Date: November 23, 2026**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**